BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Brigid.Martin@usdoj.gov

Attorneys for United States of America

**FILED**

JUN 19 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00100-2 HSG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MARK ANTHONY HERVEY, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the Indictment returned against defendant

//

NOTICE OF DISMISSAL
CR 15-00100-2 HSG

Mark Anthony Hervey in the above-captioned matter. The defendant is not in custody.

DATED: May 10, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

BRIGID S. MARTIN
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Indictment.

Date: June 19, 2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL
CR 15-00100-2 HSG